767 S.E.2d 706

**Re PROBATE COURT JUDGES ADVISORY COMMITTEE.**

Supreme Court of South Carolina.

Jan. 6, 2015.

ORDER

Pursuant to the provisions of S.C. Constitution Article V, § 4,

IT IS ORDERED that the Honorable Kenneth E. Johns, Jr. and the Honorable Kelly Baker Nobles are hereby appointed to the Probate Court Judges Advisory Committee as At–Large Representatives, effective immediately. Judge Johns and Judge Nobles will serve on the committee due to recent vacancies and fill the two unexpired terms. The At-large representatives shall continue to serve a two-year term ending October 31, 2015 as listed below.

*At–Large Representatives:*

The Honorable Amy W. McCulloch, Richland County, Chairperson

The Honorable Debora A. Faulkner, Greenville County

The Honorable Ponda A. Caldwell, Spartanburg County

The Honorable Kenneth E. Fulp, Jr., Beaufort County

Further, the individuals from the S.C. Association of Probate Judges shall continue to serve a term that coincides with their respective term in office as listed below.

*S.C. Association of Probate Judges Officers:*

*President,* The Honorable Pandora L. Jones–Glover

*1st Vice President,* The Honorable Mary Blunt

*2nd Vice President,* The Honorable Ashley Amundson

*Secretary–Treasurer,* The Honorable Travis Moore

*Immediate Past President,* The Honorable Joshua L. Queen

This Order supersedes all prior orders of the Court relating to the composition of the Probate Court Judges' Advisory Committee.

IT IS SO ORDERED.

/s/Jean H. Toal, C.J.
FOR THE COURT